IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TONY CERVANTES, PRO SE, § | | |
| TDCJ-CID No. 1268522, § | | |
| Previous TDCJ-CID No. 486370, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § 2:08-CV-0182 | | |
| § | | |
| H. WESTON ET AL., § | | |
| § | | |
| Defendants. § | | |

**ORDER OF DISMISSAL**

Plaintiff TONY CERVANTES, acting pro se and while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendants and was granted permission to proceed *in forma pauperis*.

On February 17, 2009, a Report and Recommendation was issued by the United States Magistrate Judge recommending dismissal of the instant cause without prejudice for failure comply with the requirements of Federal Rule of Civil Procedure 8 and without prejudice for failure to comply with an order of the Court.

The period for response has expired, and no objections have been filed by plaintiff.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by plaintiff TONY CERVANTES is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH THE REQUIREMENTS OF FEDERAL RULE OF CIVIL PROCEDURE 8 and WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH AN ORDER OF THE COURT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

All pending motions are DENIED.

The Clerk shall send a copy of this order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, TX 78711; and to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

IT IS SO ORDERED.

ENTERED this 16th day of March, 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE